

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 304TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 17th day of October, 2014, the cause on appeal to revise or reverse the judgment between

IN THE INTEREST OF: T.N.A., ET AL., CHILDREN

No. 05-14-00710-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 12-1094-W-304.
Opinion delivered by Justice FitzGerald.
Justices O'Neill and Stoddart participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that each party bear its own costs of this appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 29th day of December, 2014.

_____
LISA MATZ, Clerk